IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM J. BURFORD,<br><br>   Plaintiff/Counterdefendant,<br><br>vs.<br><br>ACCOUNTING PRACTICE SALES, INC., a Texas corporation,<br><br>   Defendant/Counterclaimant,<br><br>and<br><br>GARY L. HOLMES,<br><br>   Defendant. | Case No. 12-CV-1212-JPG-SCW |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant/counterclaimant Accounting Sales Practices, Inc. and defendant Gary L. Holmes on the claims of plaintiff William J. Burford and that those claims are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that the counterclaims of defendant/counterclaimant Accounting Sales Practices, Inc. are dismissed with prejudice.

**DATED:** November 1, 2013       NANCY J. ROSENSTENGEL, Clerk of Court

                                                          **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**